UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
EDDIE COTTO,                        :
                                    :           **ORDER**
            Petitioner,             :
                                    :    09 Civ. 9813 (SAS) (MHD)
       -against-                    :
                                    :
BRIAN FISHER, Commissioner, NYS State :
Department of Correctional Services, :
                                    :
            Respondent.             :
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      I have reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Michael H. Dolinger, dated August 23, 2012 (Document # 19), which recommends that I deny the petition for writ of habeas corpus brought by pro se petitioner Eddie Cotto pursuant to 28 U.S.C. § 2254. Although petitioner was given the opportunity to file objections to the R&R by September 10, 2012, he failed to do so. Based on my independent review, I hereby adopt the thorough and thoughtful R&R in full.

      In accordance with the R&R, the instant habeas petition is dismissed with prejudice. Because petitioner's failure to file objections precludes appellate review, this Court will not issue a certificate of appealability. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992) ("We have adopted the rule that failure to object timely to a report waives any

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/12

further judicial review of the report."). The Clerk of the Court is directed to dismiss the instant petition and close this case.

                                                          SO ORDERED:

                                                          Shira A. Scheindlin
                                                          U.S.D.J.

Dated:      New York, New York
              November 12, 2012

## - Appearances -

**Petitioner (Pro Se):**

Eddie Cotto
# 06-R-5209
Ulster Correctional Facility
750 Berme Road
P.O.Box 800
Viapanoch, NY 12458

**For Respondent:**

Thomas B. Litsky
Assistant Attorney General
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
(212) 416-6173